UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
DISTRICT OF NEVADA DIVISION

In re: ENRILE, FERNANDO T § Case No. 12-20371
      ENRILE, CECILIA M § 
 §
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 07, 2012. The undersigned trustee was appointed on September 07, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $         5,000.00

| Funds were disbursed in the following amounts: | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 10.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 4,990.00 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/02/2013 and the deadline for filing governmental claims was 03/06/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,250.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,250.00, for a total compensation of $1,250.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $157.40, for total expenses of $157.40.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/15/2013          By: /s/Shelley D. Krohn
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-20371  
**Case Name:** ENRILE, FERNANDO T  
ENRILE, CECILIA M  
**Period Ending:** 08/15/13

**Trustee:** (480070) Shelley D. Krohn  
**Filed (f) or Converted (c):** 09/07/12 (f)  
**§341(a) Meeting Date:** 10/10/12  
**Claims Bar Date:** 08/02/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2533 Silver Beach, Henderson, NV 89052<br>Short sale of property with 5k carve out for estate | 343,086.00 | 0.00 | | 5,000.00 | FA |
| 2 | Cash | 100.00 | 25.00 | | 0.00 | FA |
| 3 | Wells Fargo Checking Acct. #1787 | 46.59 | 11.65 | | 0.00 | FA |
| 4 | Wells Fargo Savings Acct. #5591 | 29.71 | 7.43 | | 0.00 | FA |
| 5 | Wells Fargo Checking Acct. #4713 | 225.03 | 56.26 | | 0.00 | FA |
| 6 | Wells Fargo Savings Acct. #5039 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Wells Fargo Checking Acct. #2636 | 540.53 | 135.13 | | 0.00 | FA |
| 8 | Wellks Fargo Savings Acct. #7138 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Wells Fargo Business Ckg Acct. #5226 | 600.00 | 150.00 | | 0.00 | FA |
| 10 | CitiBank Checking Acct. #7142 | 19.03 | 4.76 | | 0.00 | FA |
| 11 | Household Goods and Furnishings | 6,500.00 | 0.00 | | 0.00 | FA |
| 12 | clothing | 2,000.00 | 0.00 | | 0.00 | FA |
| 13 | wedding rings | 1,500.00 | 0.00 | | 0.00 | FA |
| 14 | Whole Life Insurance Aviva | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Whole Bankers Trust Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 16 | 2011 Lexus RX | 34,672.00 | 0.00 | | 0.00 | FA |
| 17 | 2011 Honda Accord | 15,625.00 | 4,444.00 | | 0.00 | FA |
| 17 | **Assets   Totals** (Excluding unknown values) | **$404,943.89** | **$4,834.23** | | **$5,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     September 7, 2014     **Current Projected Date Of Final Report (TFR):**     September 7, 2014

Printed: 08/15/2013 11:41 AM    V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 12-20371 | | Trustee: | Shelley D. Krohn (480070) |
|---|---|---|---|---|
| Case Name: | ENRILE, FERNANDO T | | Bank Name: | Rabobank, N.A. |
| | ENRILE, CECILIA M | | Account: | ******2666 - Checking Account |
| Taxpayer ID #: | **-***8366 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 08/15/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/28/13 | {1} | First American Title - Enrile Short Sale | Carve out forestate from short sale | 1110-000 | 5,000.00 | | 5,000.00 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,990.00 |
| | | | ACCOUNT TOTALS | | 5,000.00 | 10.00 | $4,990.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 5,000.00 | 10.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $5,000.00 | $10.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******2666 | 5,000.00 | 10.00 | 4,990.00 |
| | $5,000.00 | $10.00 | $4,990.00 |

{} Asset reference(s)

Printed: 08/15/2013 11:41 AM    V.13.13

# Exhibit C

## Case: 12-20371    ENRILE, FERNANDO T

Claims Bar Date:  08/02/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | Shelley D. Krohn<br>228 South 4th Street, Ste 300<br>Las Vegas, NV 89101<br><2100-00   Trustee Compensation>,  200 | Admin Ch.  7<br>09/07/12 |  | $1,250.00<br>$1,250.00 | $0.00 | $1,250.00 |
|  | Shelley D. Krohn<br>228 South 4th Street, Ste 300<br>Las Vegas, NV 89101<br><2200-00   Trustee Expenses>,  200 | Admin Ch.  7<br>09/07/12 |  | $157.40<br>$157.40 | $0.00 | $157.40 |
| 1 | Wells Fargo Card Services<br>1 Home Campus 3rd Floor<br><br>Des Moines, IA 50328<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/13/12 | ACCT #1356<br><br>This claim has been allowed. Reviewed POC. Docs attached & verified with schedules. BW. 08/14/13<br>--------------------------------------------------------------------------------<br>Schedule F Account: XXXX1356<br>--------------------------------------------------------------------------------<br>Schedule F Account: XXXX7929 | $2,968.16<br>$2,968.16 | $0.00 | $2,968.16 |
| 2 | Wells Fargo Bank NA<br>PO Box 10438<br><br>Des Moines, IA 50306-0438<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/14/12 | ACCT #3484<br><br>This claim has been allowed. Reviewed POC. Docs attached & verified with schedules. BW. 08/14/13<br>--------------------------------------------------------------------------------<br>Schedule F Account: XXXX3484 | $1,286.29<br>$1,286.29 | $0.00 | $1,286.29 |
| 3 | Portfolio Investments II LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/20/12 | ACCT #2794<br><br>This claim has been allowed. Reviewed POC. Docs attached & verified with schedules. BW. 08/14/13<br>--------------------------------------------------------------------------------<br>Schedule F Account: XXXX2794 | $2,170.15<br>$2,170.15 | $0.00 | $2,170.15 |
| 4P | Internal Revenue Service<br>Acct No xxxx8850<br>P.O. Box 7704<br>San Francisco, CA 94120<br><br><5800-00   Claims of Governmental Units>,  570 | Priority<br>09/24/12 |  Reviewed POC.  This claim has been reviewed denied as a subsequent amended claim was filed. BW 08/14/13 | $38,050.93<br>$0.00 | $0.00 | $0.00 |

# Exhibit C

## Case:  12-20371    ENRILE, FERNANDO T

Claims Bar Date:  08/02/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4P-2 | Internal Revenue Service<br>Acct No xxxx8850<br>P.O. Box 7704<br>San Francisco, CA 94120<br><br><5800-00   Claims of Governmental Units>,  570 | Priority<br>09/24/12 | ACCT #8850<br><br>This claim has been allowed. Reviewed POC. Docs attached & verified with schedules. BW. 08/14/13<br>--------------------------------------------------------------------------------<br>Schedule E Account: XXXX8850 | $38,050.93<br>$38,050.93 | $0.00 | $38,050.93 |
| 4U | Internal Revenue Service<br>Acct No xxxx8850<br>P.O. Box 7704<br>San Francisco, CA 94120<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/24/12 | <br><br>Reviewed POC.  This claim has been reviewed and not allowed as a subsequent amended claim was filed. BW 08/14/13 | $8,343.53<br>$0.00 | $0.00 | $0.00 |
| 4U-2 | Internal Revenue Service<br>Acct No xxxx8850<br>P.O. Box 7704<br>San Francisco, CA 94120<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/24/12 | ACCT #8850<br><br>This claim has been allowed. Reviewed POC. Docs attached & verified with schedules. BW. 08/14/13<br>--------------------------------------------------------------------------------<br>Schedule E Account: XXXX8850 | $8,343.53<br>$8,343.53 | $0.00 | $8,343.53 |
| 5 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/24/12 | ACCT #4597<br><br>This claim has been allowed. Reviewed POC. Docs attached & verified with schedules. BW. 08/14/13<br>--------------------------------------------------------------------------------<br>Schedule F Account: XXXX4597 | $3,721.29<br>$3,721.29 | $0.00 | $3,721.29 |
| 6 | Palisades Collections, LLC<br>Vativ Recovery Solutions LLC, dba SMC,<br><br>Houston, TX 77240-0728<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/04/12 | ACCT #5230<br><br>This claim has been allowed. Reviewed POC. Docs attached & verified with schedules. BW. 08/14/13<br>--------------------------------------------------------------------------------<br>Schedule F Account: XXXX5807 | $12,205.72<br>$12,205.72 | $0.00 | $12,205.72 |
| 7 | MCGUIRE WOODS LLP<br>ACCOUNTS RECEIVABLE<br>ONE JAMES CENTER,901 EAST CARY STREET<br>RICHMOND, VA 23219 | Unsecured<br>10/12/12 | ACCT #0593<br><br>This claim has been allowed. Reviewed POC. Docs attached & verified with schedules. BW. 08/14/13<br>--------------------------------------------------------------------------------<br>Schedule F Account: XXXX0002 | $28,620.83<br>$28,620.83 | $0.00 | $28,620.83 |

# Exhibit C

## Case: 12-20371   ENRILE, FERNANDO T

Claims Bar Date: 08/02/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 8 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Unsecured 10/29/12 | ACCT #2600 | $749.35 $749.35 | $0.00 | $749.35 |
| | | | This claim has been allowed. Reviewed POC. Docs attached & verified with schedules. BW. 08/14/13 ------------------------------------------------------------------------------- Schedule F Account: XXXX2600 | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 9 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Unsecured 10/29/12 | ACCT #1224 | $666.41 $666.41 | $0.00 | $666.41 |
| | | | This claim has been allowed. Reviewed POC. Docs attached & verified with schedules. BW. 08/14/13 ------------------------------------------------------------------------------- Schedule F Account: XXXX1224 | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 10 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Unsecured 10/29/12 | ACCT #2042 | $806.56 $806.56 | $0.00 | $806.56 |
| | | | This claim has been allowed. Reviewed POC. Docs attached & verified with schedules. BW. 08/14/13 ------------------------------------------------------------------------------- Schedule F Account: XXXX2042 | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 11 | eCAST Settlement Corporation c/o Bass & Associates, P.C. 3936 E Ft. Lowell, Suite 200 Tucson, AZ 85712 | Unsecured 11/01/12 | ACCT #0909 | $298.07 $298.07 | $0.00 | $298.07 |
| | | | This claim has been allowed. Reviewed POC. Docs attached & verified with schedules. BW. 08/14/13 ------------------------------------------------------------------------------- Schedule F Account: XXXX0909 | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 12 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | Unsecured 11/13/12 | ACCT #8267 | $338.07 $338.07 | $0.00 | $338.07 |
| | | | This claim has been allowed. Reviewed POC. Docs attached & verified with schedules. BW. 08/14/13 ------------------------------------------------------------------------------- Schedule F Account: XXXX8267 | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |

# Exhibit C

## Case:  12-20371   ENRILE, FERNANDO T

Claims Bar Date:  08/02/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 13 | Quantum3 Group LLC as agent for Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/13/12 | ACCT #7662<br><br>This claim has been allowed. Reviewed POC. Docs attached & verified with schedules. BW. 08/14/13<br>--------------------------------------------------------------------------------<br>Schedule F Account: XXXX7662 | $675.24<br>$675.24 | $0.00 | $675.24 |
| 14 | Quantum3 Group LLC as agent for Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/13/12 | ACCT #3560<br><br>This claim has been allowed. Reviewed POC. Docs attached & verified with schedules. BW. 08/14/13<br>--------------------------------------------------------------------------------<br>Schedule F Account: XXXX3560 | $589.65<br>$589.65 | $0.00 | $589.65 |
| 15 | LVNV Funding, LLC its successors and assigns as<br>assignee of Chase Bank USA, N.A.<br>Resurgent Capital Services,PO Box 10587<br>Greenville, SC 29603-0587<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/18/12 | ACCT #9210<br><br>Reviewed POC.  This claim has been reviewed and NOT allowed as it was withdrawn per ECF #23, 1/7/13. BW 08/14/13 | $2,521.32<br>$0.00 | $0.00 | $0.00 |
| 16 | American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088,Irving, TX 75016-8088<br><br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>12/21/12 | ACCT #3524<br><br>Claim has been reviewed and disallowed as the obligation is secured to collateral.  Creditor can recover from its collateral. BW 08/14/13<br>--------------------------------------------------------------------------------<br>Schedule D Account: XXXXXX3524 | $25,133.10<br>$0.00 | $0.00 | $0.00 |
| 17 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/02/13 | ACCT #6880<br><br>This claim has been allowed. Reviewed POC. Docs attached & verified with schedules. BW. 08/14/13<br>--------------------------------------------------------------------------------<br>Schedule F Account: XXXX6880 | $2,772.98<br>$2,772.98 | $0.00 | $2,772.98 |
| 18 | ANGELA BELGROVE<br>ASSISTANT REGIONAL COUNSEL, REGION IX<br>90TH 7TH ST., STE. 4-500<br>SAN FRANCISCO, CA 94103<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/13/13 | ACCT #8850<br><br>This claim has been allowed. Reviewed POC. Docs attached & verified with schedules. BW. 08/14/13 | $659,133.84<br>$659,133.84 | $0.00 | $659,133.84 |

# Exhibit C

## Case: 12-20371   ENRILE, FERNANDO T

Claims Bar Date: 08/02/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 19 | Nordstrom fsb<br>P.O. Box 6566<br><br>Englewood, CO 80155<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/03/13 | ACCT #5481<br><br>This claim has been allowed. Reviewed POC. Docs attached & verified with schedules. BW. 08/14/13<br>--------------------------------------------------------------------------------<br>Schedule F Account: XXXX5481 | $2,559.41<br>$2,559.41 | $0.00 | $2,559.41 |
| 20 | ECAST SETTLEMENT CORP,<br>ASSIGNEE OF CAPITAL ONE,<br>N.A.,BASS &<br>ASSOCIATES, P.C.,3936 E. FT. LOWELL ROAD<br>TUCSON, AZ 85712<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/23/13 | ACCT #1177<br><br>This claim has been allowed. Reviewed POC. Docs attached & verified with schedules. BW. 08/14/13<br>--------------------------------------------------------------------------------<br>Schedule F Account: XXXX1177 | $3,944.58<br>$3,944.58 | $0.00 | $3,944.58 |
| NOTFILED | Bank of America Home Loans<br>PO BOX 5170<br>Simi Valley, CA 93062-5170<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>09/07/12 | XXXXXXX8702 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Toyota Motor Credit Company<br>P.O. BOX 8026<br>Cedar Rapids, IA 52408<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>09/07/12 | XXXXXX0001 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | MB Financial Services<br>36455 Corporate Drive<br>Farmington, MI 48331<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>09/07/12 | XXXX4994 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Pioneer Credit Recovery<br>P.O. Box 189<br>Arcade, NY 14009<br><5200-00   Unsecured Claims Allowed>,  505 | Priority<br>09/07/12 | XXXX783A | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Grant & Weber<br>26575 W. Agoura Road<br>Calabasas, CA 91302<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/07/12 | XXXXX1302 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | National Recovery Agency<br>2491 Paxton Street<br>Harrisburg, PA 17111<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/07/12 | XXXX2853 | $0.00<br>$0.00 | $0.00 | $0.00 |

# Exhibit C

## Case: 12-20371    ENRILE, FERNANDO T

Claims Bar Date:  08/02/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED | Hsbc/saks<br>140 W. Industrial Drive<br>Elmhurst, IL 60126<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/07/12 | XXXX0909 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | GEMB / HH Gregg<br>Attention:  Bankruptcy<br>P.O. Box 103106<br>Roswell, GA 30076<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/07/12 | XXXX5347 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | GEMB/Dillards<br>P.O. Box 981400<br>El Paso, TX 79998<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/07/12 | XXXX8309 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Chase<br>P.O. Box 15298<br>Wilmington, DE 19850<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/07/12 | XXXX0318 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Gap<br><br>Grove City, OH 43123-8605<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/07/12 | XXXX6221 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Chase<br>P.O. Box 15298<br>Wilmington, DE 19850<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/07/12 | XXXX9091 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Primerica Life Insurance Company<br>P.O. Box 105064<br>Atlanta, GA 30348-5064<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/07/12 | XXXX4752 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Specialized Loan Servicing<br>8742 Lucent Blvd<br>Highlands Ranch, CO 80129<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/07/12 | XXXXXX3432 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | WFNNB/Ann Taylor<br>Attention: Bankruptcy<br>P.O. Box 182686<br>Columbus, OH 43218<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/07/12 | XXXX3560 | $0.00<br>$0.00 | $0.00 | $0.00 |

# Exhibit C

## Case: 12-20371   ENRILE, FERNANDO T

Claims Bar Date: 08/02/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED | WMC Mortgage Corp./Select Portfolio Servicing Attn: Bankrupt<br>PO BOX 65250<br>Salt Lake City, UT 84165<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/07/12 | XXXXX7637 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | WFNNB/Pottery Barn<br>P.O. Box 182273<br>Columbus, OH 43218<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/07/12 | XXXX5594 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | WFNNB/Ann Taylor<br>P.O. Box 182273<br>Columbus, OH 43218<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/07/12 | XXXX2643 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | The Home Depot<br>P.O. Box 182676<br>Columbus, OH 43218-2676<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/07/12 | XXXX6880 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Wells Fargo Financial Bank<br>4137 121st Street<br>Urbendale, IA 50323<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/07/12 | XXXX2834 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Chase<br>P.O. Box 15298<br>Wilmington, DE 19850<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/07/12 | XXXX7303 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | THD/CBNA<br>P.O. Box 6497<br>Sioux Falls, SD 57117<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/07/12 | XXXX6880 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Tate & Kirlin Associates<br>2810 Southampton Road<br>Philadelphia, PA 19154-1207<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/07/12 | XXXX9699 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Capital One/NEIMN<br>P.O. Box 5253<br>Carol Stream, IL 60197<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/07/12 | XXXX1177 | $0.00<br>$0.00 | $0.00 | $0.00 |

# Exhibit C

## Case:  12-20371    ENRILE, FERNANDO T

Claims Bar Date:  08/02/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED | Chase<br>P.O. Box 15298<br>Wilmington, DE 19850<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/07/12 | XXXX1401 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Pioneer Credit Recovery<br>P.O. Box 189<br>Arcade, NY 14009<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/07/12 | XXXX783A | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Budzik & Dynia, LLC.<br>4849 N. Milwaukee Avenue<br>Suite 801<br>Chicago, IL 60630<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/07/12 | XXXX3310 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Care Credit GE Capital Retail Bank<br>P.O. Box 960061<br>Orlando, FL 32896-0061<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/07/12 | XXXX2794 | $0.00<br>$0.00 | $0.00 | $0.00 |
| | | | **Case Total:** | | $0.00 | $771,308.46 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-20371
Case Name: ENRILE, FERNANDO T
Trustee Name: Shelley D. Krohn

**Balance on hand:** $ 4,990.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 4,990.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Shelley D. Krohn | 1,250.00 | 0.00 | 1,250.00 |
| Trustee, Expenses - Shelley D. Krohn | 157.40 | 0.00 | 157.40 |

Total to be paid for chapter 7 administration expenses: $ 1,407.40
Remaining balance: $ 3,582.60

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 3,582.60

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $38,050.93 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4P-2 | Internal Revenue Service | 38,050.93 | 0.00 | 3,582.60 |

Total to be paid for priority claims: $ 3,582.60
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 731,850.13 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Wells Fargo Card Services | 2,968.16 | 0.00 | 0.00 |
| 2 | Wells Fargo Bank NA | 1,286.29 | 0.00 | 0.00 |
| 3 | Portfolio Investments II LLC | 2,170.15 | 0.00 | 0.00 |
| 4U-2 | Internal Revenue Service | 8,343.53 | 0.00 | 0.00 |
| 5 | FIA CARD SERVICES, N.A. | 3,721.29 | 0.00 | 0.00 |
| 6 | Palisades Collections, LLC | 12,205.72 | 0.00 | 0.00 |
| 7 | MCGUIRE WOODS LLP | 28,620.83 | 0.00 | 0.00 |
| 8 | Capital One Bank (USA), N.A. | 749.35 | 0.00 | 0.00 |
| 9 | Capital One Bank (USA), N.A. | 666.41 | 0.00 | 0.00 |
| 10 | Capital One Bank (USA), N.A. | 806.56 | 0.00 | 0.00 |
| 11 | eCAST Settlement Corporation | 298.07 | 0.00 | 0.00 |
| 12 | Quantum3 Group LLC as agent for | 338.07 | 0.00 | 0.00 |
| 13 | Quantum3 Group LLC as agent for | 675.24 | 0.00 | 0.00 |
| 14 | Quantum3 Group LLC as agent for | 589.65 | 0.00 | 0.00 |
| 17 | PYOD, LLC its successors and assigns as assignee | 2,772.98 | 0.00 | 0.00 |
| 18 | ANGELA BELGROVE | 659,133.84 | 0.00 | 0.00 |
| 19 | Nordstrom fsb | 2,559.41 | 0.00 | 0.00 |
| 20 | ECAST SETTLEMENT CORP, | 3,944.58 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**